UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 13-CV-23764 |
| LORELAI D. URT, et al. | : |
| Defendants. | : |

## FINAL JUDGMENT

Upon consideration of Plaintiff's Motion for Final Default Judgment ("Application"), the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes Plaintiff's election to seek statutory damages. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants, Lorelai D. Urt individually, and as an officer, director, shareholder and/or principal of Giovana Cafe, Inc. d/b/a Giovana's Café and Giovana Cafe, Inc. d/b/a Giovana's Café, (hereinafter "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint are deemed admitted against Defendants; that Defendants exhibited the closed circuit, "UFC 124: St. Pierre v. Koscheck" Broadcast, including all undercard bouts and the entire television broadcast, scheduled for December 11, 2011, (hereinafter "Broadcast") without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Judgment by default be entered in favor of Plaintiff and against Defendants Lorelai D. Urt individually, and as an officer, director, shareholder and/or principal of Giovana Cafe, Inc. d/b/a Giovana's Café and Giovana Cafe, Inc. d/b/a Giovana's Café

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $10,000.00.

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $25,000.00.

4. That Plaintiff recovers attorneys' fees from Defendants in the amount of $1,500.00 and costs in the amount of $100.00 relating to the prosecution of this matter.

5. The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at an annual rate of 8% from the date of this Judgment until paid.

6. This judgment is a final judgment.

DONE AND ORDERED in chambers, Miami, Florida, on June 4, 2014.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record